UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **OLEKSII MYKHAILOV #A220-771-437** | **CIVIL ACTION NO. 26-133 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN RIVER CORRECTIONAL CENTER ET AL** | **MAG. JUDGE DAVID J. AYO** |

## MEMORANDUM ORDER

Before the Court is a Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2), filed by the petitioner in this case, Oleksii Mykhailov.

Because the preliminary relief sought—release from detention, or alternatively, a custody determination—mirrors the ultimate relief sought in habeas, *see* ECF No. 1, the Motion is **DENIED.** One cannot skip the line by dressing their habeas petition in TRO clothes. *See Rodriguez v. Lyons,* No. CV 25-1926, 2025 WL 3553742, at *1 (W.D. La. Dec. 8, 2025) (denying a "motion to decide my habeas petition now."); *see also Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025); *Peters v. Davis*, No. 6:17-cv-595, 2018 WL 11463602, at *2 (E.D. Tex. Mar. 27, 2018) (explaining that a TRO is not purposed "to give a plaintiff the ultimate relief he seeks"); *Lindell v. United States*, 82 F.4th 614, 618 (8th Cir. 2023) ("[T]he purpose of injunctive relief is to preserve the status quo; it is not to give the movant the ultimate relief he seeks.").

Furthermore, to the extent the Motion seeks to prohibit transfer outside of the Western District of Louisiana, *see* ECF No. 2 at 3–5, injunctive relief is further unwarranted. *See Oliveira v. Patterson*, No. 6:25-CV-01463, 2025 WL 3091705, at *1

(W.D. La. Oct. 9, 2025) (explaining that transfer of a petitioner to another facility located within the United States does not affect a court's jurisdiction). The matter is thus **REFERRED** to the magistrate judge for disposition of the habeas petition—contingent upon receipt of the filing fee.

    **THUS DONE AND SIGNED** this 16th day of January, 2026.

                                            **JERRY EDWARDS, JR.**
                                            **UNITED STATES DISTRICT JUDGE**