**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **OLEKSII MYKHAILOV #A220-771-437** | **CASE NO.  1:26-CV-00133 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN RIVER CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MEMORANDUM ORDER**

On January 15, 2026, a petition for writ of habeas corpus was filed by the plaintiff.  On January 16, 2026, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus submitted by the plaintiff on January 15, 2026, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this 6th day of March, 2026.

David J. Ayo
United States Magistrate Judge